Sol Segal, by David Segal, appellee, v. Chicago City Railway Company, appellant. Gen. No. 24,735.

Action for personal injuries. Judgment for plaintiff. See 216 Ill. App. 11. Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1918. Reversed and remanded. Opinion filed October 4, 1927.

Charles Le Roy Brown, for appellant; John R. Guilliams and Robert J. Slater, of counsel. James C. McShane, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.